AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 12, 2026**

SEAN F. McAVOY, CLERK

NEVADA COVENANT GROUP LLC, a Nevada limited liability company,

*Plaintiff*

v.

DONALD F. GAUBE, an individual, and ALAMO PARTNERS WW, LLC, a Washington limited liability company,

*Defendant*

Civil Action No. 4:25-CV-05010-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Parties' Stipulated Motion for Entry of Partial Final Judgment (ECF No. 23) is GRANTED. Judgment is entered in favor of Plaintiff and against Defendant Donald F. Gaube in the amount of $2,224,359.60.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge MARY K. DIMKE

Date: 01/12/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*